IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

PACIFICORP, d.b.a. PACIFIC POWER,　　　　　　　　　Civ. No. 1:15-cv-00078-CL
an Oregon corporation;

　　　　　　Plaintiff;

　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGMENT

　　v.

CITY OF KLAMATH FALLS, a municipality
and public body within the State of Oregon; and
TODD KELLSTROM, Mayor of the City of
Klamath Falls, in his official capacity;

　　　　　　Defendants.

---

CLARKE, Magistrate Judge.

　　Judgment is entered with prejudice and without costs or attorney's fees to either party in accordance with the parties' stipulated motion (#11). The Court will retain jurisdiction of this matter for the limited purpose of enforcing the terms of the parties' settlement, if necessary.

　　　　　　　　　　　　　　　　　DATED this ___ day of March 2015.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARK D. CLARKE
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1 – JUDGMENT